IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HAROLD L. SKILES JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.4:12-CV-418-Y |
| | § | |
| CAROLYN W. COLVIN | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On June 5, 2013, the magistrate judge issued his findings, conclusions, and recommendation ("findings") in this case. In his findings, the magistrate judge recommends that the Court affirm the decision of the Commissioner of the Social Security Administration denying the plaintiff's claim for supplemental-security-income benefits under Title XVI of the Social Security Act.

After review, the Court concludes that the findings should be and are hereby ADOPTED as the findings and conclusions of the Court for the reasons stated therein. Accordingly, the Commissioner's decision is AFFIRMED.

SIGNED July 11, 2013.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE